```
                                                                    CLERK'S OFFICE U.S. DIST. COURT
                                                                          AT LYNCHBURG, VA
                                                                               FILED
                IN THE UNITED STATES DISTRICT COURT                       for  Roanoke
               FOR THE WESTERN DISTRICT OF VIRGINIA                       MAY 0 8 2007
                         ROANOKE DIVISION
                                                                    JOHN F. CORCORAN, CLERK
                                                                    BY: Fay Coleman
                                                                         DEPUTY CLERK
```

**ROBERT LEE MITCHELL,**      )
      **Petitioner,**          )      **Civil Action No. 7:07-cv-00238**
                               )
**v.**                        )      **MEMORANDUM OPINION**
                               )
**UNITED STATES OF AMERICA,** )      **By: Hon. Norman K. Moon**
      **Respondent.**          )      **United States District Judge**

Petitioner, Robert Lee Mitchell, a federal inmate proceeding pro se, has submitted to the court a motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255.[1] Upon review of the record, the court finds that the action must be dismissed as successive.

## I.

Mitchell challenges his 210 month sentence for bank robbery by force or violence. Court records indicate that Wilson has previously filed a § 2255 motion, Civil Action No. 7:04-cv-00434 (W.D. Va.), regarding the same conviction and/or sentence. This court may consider a second or successive § 2255 motion only upon specific certification from the United States Court of Appeals for the Fourth Circuit that the claims in the motion meet certain criteria. See § 2255 ¶ 8. As Mitchell has not submitted any evidence of having obtained certification from the Court of Appeals to file a second or successive §2255 motion, the court must dismiss his petition as successive.[2]

---

[1] Although Mitchell entitled his motion a "motion for this court to re-sentence defendant Robert Lee Mitchell to breathe new life into his direct appeal period because court appointed counsel has failed and refused to file a direct appeal in his behalf violating his 6th amendment to the United States Constitution," the court believes that it is most appropriately construed as a motion pursuant to § 2255 because Mitchell is challenging the legality of his federal conviction.

[2] Petitioner is hereby advised of the procedure for obtaining certification from the United States Court of Appeals for the Fourth Circuit to have this court review a successive § 2255 motion. Petitioner must submit a copy of the successive § 2255 motion to the Court of Appeals, along with a motion requesting a three-judge panel

Dockets.Justia.com

## II.

For the reasons stated, the court denies Mitchell's motion and dismisses it as a successive § 2255 petition.

The Clerk is directed to send certified copies of this Memorandum Opinion and the accompanying Order to the petitioner.

**ENTER:** This 8th day of May, 2007.

United States District Judge

---

certification that the district court may review the successive § 2255 motion. See 28 U.S.C. § 2244 (as amended, 1996). A Fourth Circuit form and instructions for filing this motion will be included with this notice or are available from the Fourth Circuit at the following address: Office of the Clerk, United States Court of Appeals for the Fourth Circuit, 900 E. Main St., Richmond, VA 23219.